JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| Rogelio Vicente Valdez,<br><br>     Plaintiff,<br><br>     v.<br><br>King Street Productions, Inc. and Paramount Global,<br><br>     Defendants. | CASE NO. 2:24-cv-08804-JFW (SKx)<br>Hon. John F. Walter, District Judge<br>Hon. Steve Kim, Magistrate Judge<br><br>**ORDER GRANTING JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |

## ORDER

Plaintiff Rogelio Vincente Valdez ("Plaintiff") and Defendants King Street Productions, Inc. and Paramount Global (together, "Defendants") (collectively, the "Parties"), by and through their attorneys of record and/or in *pro per*, have stipulated that Plaintiff shall dismiss the Complaint with prejudice.

Having considered the Parties' stipulation, and for good cause shown, the Court hereby GRANTS the Parties' Joint Stipulation.

It is hereby ORDERED that, pursuant to the Joint Stipulation for Voluntary Dismissal of Action with Prejudice (FRCP 41(a)(1)(A)(ii)), this action is hereby dismissed in its entirety.

Dated: December 12, 2025

_____
The Honorable John F. Walter
United States District Court Judge

Mitchell Silberberg & Knupp LLP

ORDER